Decided September 18, 1996

STATE OF CONNECTICUT *v.* KENYA OMARI BROWN

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 483 (AC 13431), is granted, limited to the following issue:

"What effect, if any, does a public defender's unavailability to conduct a trial have on a defendant's statutory right to a speedy trial?"

The Supreme Court docket number is SC 15542.

---

* The plaintiffs' appeal was withdrawn May 13, 1997.

*Robert Sullivan,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided October 1, 1996